B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Neighborhood Health Services Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Plainfield Health Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-1927742** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1700-58 Myrtle Avenue**<br>**Plainfield, NJ**<br><div align="right">ZIP Code<br>**07063**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Union** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>■ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Neighborhood Health Services Corporation** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                  Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Neighborhood Health Services Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Donald F. Campbell, Jr.**
Signature of Attorney for Debtor(s)

**Donald F. Campbell, Jr. DC8924**
Printed Name of Attorney for Debtor(s)

**Giordano Halleran & Ciesla, PC**
Firm Name

**125 Half Mile Road, Suite 300**
**Red Bank, NJ 07701**

_____
Address

**Email: dcampbell@ghclaw.com**
**(732) 741-3900  Fax: (732) 224-6599**
Telephone Number

**January  7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Siddeeq El Amin**
Signature of Authorized Individual

**Siddeeq El Amin**
Printed Name of Authorized Individual

**Chairman, Board of Directors**
Title of Authorized Individual

**January  7, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    **Neighborhood Health Services Corporation**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Affiliated Phy. & Emp. Health Plan**<br>**30 Knightsbridge Road**<br>**Piscataway, NJ 08854** | **Affiliated Phy. & Emp. Health Plan**<br>**30 Knightsbridge Road**<br>**Piscataway, NJ 08854** | | **Disputed** | **119,660.85** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | | | **48,914.55** |
| **Apruzzese, McDermott, Mastro &**<br>**P.O. Box 112**<br>**Liberty Corner, NJ 07938** | **Apruzzese, McDermott, Mastro &**<br>**P.O. Box 112**<br>**Liberty Corner, NJ 07938** | | | **24,740.91** |
| **Certified Languages Int'l**<br>**c/o Cohen & Cohen PC**<br>**30 Columbia Tpke**<br>**Suite 202**<br>**Florham Park, NJ 07932** | **Certified Languages Int'l**<br>**c/o Cohen & Cohen PC**<br>**30 Columbia Tpke**<br>**Florham Park, NJ 07932** | | | **39,666.45** |
| **Creative Financial Staffing, LLC**<br>**P.O. Box 95111**<br>**Chicago, IL 60694-5111** | **Creative Financial Staffing, LLC**<br>**P.O. Box 95111**<br>**Chicago, IL 60694-5111** | | | **76,754.63** |
| **De Lage (Cohen Fineman, LLC)**<br>**Five Greentree Centre**<br>**Suite 104, Route 73**<br>**Marlton, NJ 08053** | **De Lage (Cohen Fineman, LLC)**<br>**Five Greentree Centre**<br>**Suite 104, Route 73**<br>**Marlton, NJ 08053** | | | **52,763.93** |
| **FRB Group, Inc.**<br>**14 Emerson Court**<br>**Freehold, NJ 07728** | **FRB Group, Inc.**<br>**14 Emerson Court**<br>**Freehold, NJ 07728** | | | **29,722.00** |
| **Greenway**<br>**100 Greenway Blvd.**<br>**Carrollton, GA 30117** | **Greenway**<br>**100 Greenway Blvd.**<br>**Carrollton, GA 30117** | | **Disputed** | **167,397.89** |
| **Internal Revenue Service**<br>**200 Sheffield Street, 2nd Floor**<br>**Mountainside, NJ 07092** | **Internal Revenue Service**<br>**200 Sheffield Street, 2nd Floor**<br>**Mountainside, NJ 07092** | | | **4,500,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Neighborhood Health Services Corporation**                 Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Local 74 USWU (Health)<br>36-36 33rd Street<br>Suite 202<br>Long Island City, NY 11106 | Local 74 USWU (Health)<br>36-36 33rd Street<br>Suite 202<br>Long Island City, NY 11106 | | | 55,900.53 |
| Moye & Moye<br>191 North Avenue<br>Suite 144<br>Dunellen, NJ 08812 | Moye & Moye<br>191 North Avenue<br>Suite 144<br>Dunellen, NJ 08812 | | | 88,876.40 |
| NJ Health<br>210 Silva Street<br>Trenton, NJ 08628 | NJ Health<br>210 Silva Street<br>Trenton, NJ 08628 | | | 112,060.00 |
| NJPCA<br>3836 Quakerbridge Road<br>Suite 201<br>Hamilton, NJ 08619 | NJPCA<br>3836 Quakerbridge Road<br>Suite 201<br>Hamilton, NJ 08619 | | | 40,760.00 |
| Pioneer Mechanical Solutions<br>28 Robin Hood Way<br>Wayne, NJ 07470 | Pioneer Mechanical Solutions<br>28 Robin Hood Way<br>Wayne, NJ 07470 | | | 24,092.50 |
| S.E.I.U. National Pension Fund<br>11 Dupont Circle, NW<br>Suite 900<br>Attn: Kenneth Anderson<br>Washington, DC 20036-1202 | S.E.I.U. National Pension Fund<br>11 Dupont Circle, NW<br>Suite 900<br>Washington, DC 20036-1202 | | | 505,543.97 |
| Shain, Schaffer & Rafanello<br>150 Morristown Road<br>Plaza 202, Suite 105<br>Bernardsville, NJ 07924 | Shain, Schaffer & Rafanello<br>150 Morristown Road<br>Plaza 202, Suite 105<br>Bernardsville, NJ 07924 | | | 106,666.85 |
| State of New Jersey Department of Labor<br>Division of Employer Accounts<br>PO Box 059<br>Trenton, NJ 08625-0059 | State of New Jersey Department of Labor<br>Division of Employer Accounts<br>PO Box 059<br>Trenton, NJ 08625-0059 | | | 554,000.00 |
| State of New Jersey-CBT<br>Division of Taxation<br>Revenue Processing Center<br>Trenton, NJ 08646-0193 | State of New Jersey-CBT<br>Division of Taxation<br>Revenue Processing Center<br>Trenton, NJ 08646-0193 | | | 455,000.00 |
| Synergy Billing Solutions<br>1540 Cornerstone Blvd., Ste #230<br>Daytona Beach, FL 32117 | Synergy Billing Solutions<br>1540 Cornerstone Blvd., Ste #230<br>Daytona Beach, FL 32117 | | Disputed | 672,957.83 |
| Withum Smith & Brown, PC<br>5 Vaughn Drive<br>Princeton, NJ 08540 | Withum Smith & Brown, PC<br>5 Vaughn Drive<br>Princeton, NJ 08540 | | | 45,700.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Neighborhood Health Services Corporation**                              Case No.  _____
                              _____
                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Chairman, Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **January  7, 2015**                        Signature    **/s/ Siddeeq El Amin**
                                                          **Siddeeq El Amin**
                                                          **Chairman, Board of Directors**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Abcode Security
14 Moran Street
Newton, NJ 07860


Abraham Mason
314 Clinton Ave.
Plainfield, NJ 07063


AC Dental Laboratory
P.O. Box 1769
Rahway, NJ 07065


Adnan Ghazanfar
158 Ridge Ave.
North Plainfield, NJ 07060


Affiliated Phy. & Emp. Health Plan
30 Knightsbridge Road
Piscataway, NJ 08854


Airgas East
6990 Snowdrift Rd
Building A
Allentown, PA 18106


AKJ Contracting Company
1446 Marlborough Ave.
Plainfield, NJ 07063


American Choice
87 Water STreet
Newton, NJ 07860


American Express
PO Box 1270
Newark, NJ 07101


American Express
Jaffe & Asher LLP
600 Third Avenue, 8th Floor
Atn: Mr. Jamie Polon, Esq.
New York, NY 10016

American Yellow Corp.
18209 Preston Rd.
Ste D9, PMB 348
Dallas, TX 75252


Amerigroup
P.O. Box 933657
Atlanta, GA 31193-3657


Amerisource Bergen
P.O. Box 5188
New York, NY 10087-5188


Amsterdam News
2340 Frederick Douglass Blvd.
New York, NY 10027


Anserphone Inc.
518 Park Avenue
Plainfield, NJ 07060


Antonio Abrego
312 E.7th Street
Apt. #204
Plainfield, NJ 07060


Apruzzese, McDermott, Mastro &
P.O. Box 112
Liberty Corner, NJ 07938


Aqua New Jersey, Inc.
762 W. Lancaster Ave.
Bryn Mawr, PA 19010-3489


Archer & Greiner
1 Centennial Square
Haddonfield, NJ 08033-0968


Bell Medical Services, Inc.
1520 Washington Avenue
P.O. Box 637
Neptune, NJ 07754-0637

Benco Dental
11 Bear Creek Blvd.
P.O. Box 1108
Wilkes Barre, PA 18773-1108


Betty Cavagnaro
142 Race Street, Apt #2
Elizabeth, NJ 07202


Bioreference Lab
487 Edward H. Ross Drive
Elmwood Park, NJ 07407


Bioreference Lab
487 Edward H. Ross Drive
Elmwood Park, NJ 07407


Bolt Security Systems, Inc.
833 Second Place
Plainfield, NJ 07060


Broadview Networks
P.O. Box 9242
Uniondale, NY 11555-9242


Burke Supply
59 Hook Road
Bayonne, NJ 07002


CDW Government, Inc.
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515


Certified Languages Int'l
c/o Cohen & Cohen PC
30 Columbia Tpke
Suite 202
Florham Park, NJ 07932


Certified Languages Int'l
c/o Mr. Gerald Cohn, Esq.
Cohen & Cohn
30 Columbia Turnpike, Suite 202
Florham Park, NJ 07932

Chelbus Cleaning Co., Inc.
21 Mitchell Ave.
Franklin, NJ 07416

Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0910

Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas Document Management
P.O. Box 633842
Cincinnati, OH 45263

Cintas- Eport
P.O. Box 638803
Cincinnati, OH 45263-0803

City of Elizabeth
50 Winfield Scott Plaza
Elizabeth, NJ 07201

City of Plainfield
Municipal Clerk's Office
515 Watchung Avenue
Plainfield, NJ 07060

Comcast Advertising Sales
650 Liberty Avenue, 2nd Floor
Union, NJ 07083

Confires Fire Protection Services LLC
910 Oak Tree Avenue
South Plainfield, NJ 07080-0497

Conway Mechanical LLC
182 Mantoloking Road
Brick, NJ 08723-5814

Creative Financial Staffing, LLC
P.O. Box 95111
Chicago, IL 60694-5111


Crest Ultrasonics
10 Grumman Avenue
P.O. Box 7266
Trenton, NJ 08628


Crestline Company Inc.
Mt. Hope Avenue
P.O. Box 2027
Lewiston, ME 04241


CWD Government, Inc.
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515


Cycle Chem
P.O. Box 18173
Newark, NJ 07191


Cyracom, LLC
P.O. Box 975652
Dallas, TX 75397-5652


D&D Millwork
786 Parker Street
Newark, NJ 07104


Dataline Verification
34 Preston Road
Parsippany, NJ 07054


Dawn Rude
318 Route 94
Newton, NJ 07860


De Lage (Cohen Fineman, LLC)
Five Greentree Centre
Suite 104, Route 73
Marlton, NJ 08053

Dearborn National Life
1020 31st Street
Downers Grove, IL 60515


DeLage Landen Financial Service, Inc.
c/o Mr. Samuel B. Fineman, Esq.
Cohen Fineman, LLC
525 Rt. 73 N, Suite 302
Marlton, NJ 08053


Dental Studies Institute
7 Spielman Road
Fairfield, NJ 07004


Diabete & Osteoporosis
American Diabetes Association
Vantage Court North
200 Cottontail Lane
Somerset, NJ 08873


Digital Copier Services, LLC
5204 N. Oaks Blvd.
North Brunswick, NJ 08902


Dr. Alok Goyal
1810 Park Avenue
South Plainfield, NJ 07080


Dr. Saleem Husain
1314 Park Avenue, Suite 9
Plainfield, NJ 07060


Dr. Samir Sutaria
2177 Oak Tree Rd.
Suite 204
Edison, NJ 08820


Drna, Inc.
145 West 58th Street
New York, NY 10019


Duplitron
205 E. 1st Avenue
Roselle, NJ 07203

Dynamics Source
7169 Coyote Crossing
Springdale, AR 72762


Dynasty Dental Lab, Inc.
174 S. Center Street
Orange, NJ 07050


Ear, Nose and Throat Group of CNT
904 Oak Tree Road
Suite P
South Plainfield, NJ 07080


Elizabethtown Gas
P.O. Box 11811
Newark, NJ 07101-8111


Elizabethtown Gas
P.O. Box 11811
Newark, NJ 07101-8111


EMC Corporation
176 South Street
Hopkinton, MA 01748


Eulalio Ixcuna
612 East 2nd Street
Plainfield, NJ 07060


Extra Storage Space of Greenbrook
107 Rt 22 East
Greenbrook, NJ 08812


Fischer Contracting, Inc.
10 Short Hills Lane
Scotch Plains, NJ 07076


Fluke Networks
P.O. Box 777
Everett, WA 98206-0777


FOTI Dental Lab
1901 S. Broad Street, 2nd Floor
Philadelphia, PA 19148

```
FOTI Dental Lab
1901 S. Broad Street, 2nd Floor
Philadelphia, PA 19148


FOTI Dental Lab
1901 S. Broad Street, 2nd Floor
Philadelphia, PA 19148


Foti Dental Lab
c/o Mr. Richard Chusid, Esq.
The Chusid Law Firm, LLC
2444 Morris Ave, Suite 214
Union, NJ 07083


Franklin Mutual Insurance
P.O. Box 400
Branchville, NJ 07826-0400


Franklin Mutual Insurance
P.O. Box 400
Branchville, NJ 07826-0400


FRB Group, Inc.
14 Emerson Court
Freehold, NJ 07728


FRB Group, Inc.
14 Emerson Court
Freehold, NJ 07728


Frontiers International
Plainfield Area Club
P.O. Box 428
Plainfield, NJ 07060


Frye Technology
P.O. Box 525
South Plainfield, NJ 07080


G&B Janitorial Supply
600 Lincoln Blvd.
Middlesex, NJ 08846
```

G&M Furniture Upholstery
457 Somerset Street
N. Plainfield, NJ 07060


Garden State Glass Co.
620 Wayside Road
Neptune, NJ 07753


Garfield Neathly
58 Kent Place Blvd.
Summit, NJ 07901


Gary W. Gray Trucking
P.O. Box 4856 Route 46
Delaware, NJ 07833


Gateway Regional Chambers
135 Jefferson Avenue
P.O. Box 300
Elizabeth, NJ 07207


Gibson Technical Solutions
P.O. Box 803338 #31169
Chicago, IL 60680-3338


Glaxosmithkline Pharmacy
P.O. Box 740415
Atlanta, GA 30374-0415


Global Protection Corp.
12 Channel Street
Boston, MA 02210


Gray's Florist
1590 Route 22 East
Watchung, NJ 07060


Greater Newton
61 Spring Street, Suite 2A
Newton, NJ 07860


Greenway
100 Greenway Blvd.
Carrollton, GA 30117

Greenway
One Metroplex Drive
Suite 500
Birmingham, AL 35209


Gregory Press
7 Mark Road
Kenilworth, NJ 07033


Grove Lock & Safe Company
8 Grove Street
Plainfield, NJ 07060


Healthmark Industries Co.
33671 Doreka
Fraser, MI 48026


Healthplex
333 Earle Ovington Blvd.
Uniondale, NY 11553-3608


Henry Shein Inc./ Caliogor
P.O. Box 30000/D5076
Hartford, CT 06150


Henry Shein/Dentrix
727 East Utah Valley Drive
American Fork, UT 84003


Hermatology Oncology
15 Cedargrove Lane
Somerset, NJ 08873


Infotech Global
371 Hoes Lane
Suite 104
Piscataway, NJ 08854


Internal Revenue Service
200 Sheffield Street, 2nd Floor
Mountainside, NJ 07092

Internal Revenue Service
Mr. Donald Gambardella, Revenue Officer
SBSE Compliance Area 3
200 Sheffield Street, 2nd Floor
Mountainside, NJ 07092


IPFS Corporation
125 South Wacker Drive
Suite 1650
Chicago, IL 60606


Irina Timenova
25 Westminister Blvd.
South Amboy, NJ 08879


It Is Finished Comp Service
426 Francis Street
Somerset, NJ 08873


J.D. Carton & Son, Inc.
125 E. Halsey Road
Parsippany, NJ 07054


J.J. Keller & Associates
3003 W. Breezewood lane
P.O. Box 548
Neenah, WI 54957-0548


JCI Signs, Inc.
2 Glendale Ave., Unit #61
Edison, NJ 08817


Jersey Central Power & Light
PO Box 3687
Akron, OH 44309-3687


Jersey Elevator
75 Manchester Avenue
Keyport, NJ 07735


JFK Medical Center
64 James Street
P.O. Box 18007
Newark, NJ 08818

Johnson & Urban, LLC
295 State Route 34
Colts Neck, NJ 07722


Johnson Jones Architects & PL
40 Clinton Street
3rd Floor
Newark, NJ 07102


Jose Tomas
450 West End Avenue
Suite 34
North Plainfield, NJ 07060


Keyworld Locksmith, Inc.
c/o NJPCA
760 Alexander Rd., CN-I
Princeton, NJ 08543


Kezia Gabriel
2404 Hulick Place
Rahway, NJ 07065


Kings Restaurant
557 Clinton Ave.
Newark, NJ 07108


Knox Company
1601 W. Deer Valley Road
Phoenix, AZ 85027


L.I. Automatic Doors
26 W. Old Country Road
Hicksville, NY 11801-4002


Laboratory Corporation of America
America Holdings
P.O. Box 2240
Burlington, NC 27216


Lambert & Boone
2560 Highway 22, Suite 220
Scotch Plains, NJ 07076

Lambert & Boone
Ms. Barbara Ann Daniels, Esq.
Renaissance Towers
111 Mulberry Street, Suite 1H
Newark, NJ 07102


Laris Hernandez
1051 Kilsyth Road
Elizabeth, NJ 07208


LJ Engraving & SIgns
409 North Wood Avenue
Linden, NJ 07036


LJ Engraving & SIgns
409 North Wood Avenue
Linden, NJ 07036


LM Commercial Cleaning
32 Howard Street
Milltown, NJ 08850


Local 74 USWU (Health)
36-36 33rd Street
Suite 202
Long Island City, NY 11106


Lorman Education Services
P.O. Box 509
Eau Claire, WI 54702-0509


Margaret V. Murray-Sobers
957 Myrtle Avenue
Plainfield, NJ 07063


Maria Rivera
935 West Front Street
Plainfield, NJ 07063


McGladrey & Pullen
1185 Avenue of the Americas
New York, NY 10036

Medix Staffing Solutions
P.O. Box 1839
Newark, NJ 07101


Merck Sharp & Dohme
P.O. Box 7780-3061
Philadelphia, PA 19182-3061


MetLife
Dental Claims
P.O. Box 6138
Utica, NY 13504


Michael Blackstone
4348 Cherokee Street
Phoenix, AZ 85044


Microsoft 365 Corp.
P.O. Box 844510
Dallas, TX 75284-4510


Midco Waste
11 Harmich Road
South Plainfield, NJ 07080-4898


Miron Technologies (GDS)
File 55667 (?)
Los Angeles, CA 90074


MK Medical Consultants
187 Kane Avenue
Spotswood, NJ 08884


MK Medical Consultants
187 Kane Avenue
Spotswood, NJ 08884


Moye & Moye
191 North Avenue
Suite 144
Dunellen, NJ 08812


Moye & Moye Enterprise
P.O. Box 1141
Plainfield, NJ 07061

Moye & Moye Enterprise (Cori)
191 North Avenue
Suite 144
Dunellen, NJ 08812


Moye & Moye Enterprises
191 North Avenue, Suite 144
Attn: Don Moye
Dunellen, NJ 08812


Mr. Jamie Polon, Esq.
Jaffe & Asher, LLP
600 Third Avenue, 8th Floor
New York, NY 10016


NACHC The Lawns Company
24725 West Twelve Mile
Suite 320
Southfield, MI 48034


NAEIR
560 McClure Street
P.O. Box 8076
Galesburg, IL 61401


Nat'l Assoc.of Health Services Executive
8630 Fenton STreet
Suite 328
Silver Spring, MD 20910


Nathaly Febrillet
109 Rockview Avenue
Plainfield, NJ 07060


National Furniture Business
222 East Michigan Street
P.O. Box 92952
Milwaukee, WI 53202


National Furniture Business
735 N. Water St.
P.O. Box 514052
Milwaukee, WI 52303

National Furniture Business
735 N. Water St.
P.O. Box 514052
Milwaukee, WI 52303


National Seminars Training
P.O. Box 419107
Kansas City, MO 64141-6107


National Tree Service
P.O. Box 1024
Paterson, NJ 07533


Net Access Corporation
9 Wing Drive
Cedar Knolls, NJ 07927


New Jersey Dental Association
One Dental Plaza
P.O. Box 6020
North Brunswick, NJ 08902


New Jersey Primary Care
212 West State Street
Trenton, NJ 08608


New York Amsterdame News
2340 Frederick Douglass Blvd.
New York, NY 10027


New York State Department of Taxation
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


Newark Dental
35 Stren Avenue
Springfield, NJ 07081


Nidhi Ja
1275 Rock Avenue
Apt E-7
North Plainfield, NJ 07060

NJ Department of Health
P.O. Box 360
Trenton, NJ 08625


NJ Health
210 Silva Street
Trenton, NJ 08628


NJ State Department of Labor
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08625


NJ State Department of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-0245


NJPCA
3836 Quakerbridge Road
Suite 201
Hamilton, NJ 08619


NJPCA- Political Action
212 West State Street
Trenton, NJ 08608


Noble Northern New Jersey
Ad Journal Committee
P.O. Box 1478
Newark, NJ 07201


Norris McLaughlin & Marcus
721 Route 202-206
Suite 200
P.O. Box 5933
Bridgewater, NJ 08807


Northeastern Technologies
40 Glen Street
Glen Cove, NY 11524


Omega Maintenance Corp.
60 Prince Street
Suite 105
Elizabeth, NJ 07207

Omega Maintenance Corp.
60 Prince Street
Suite 105
Elizabeth, NJ 07207


Omega Maintenance Corporation
c/o Mr. Bruce H. Bergen, Esq.
Krevsky, Silber & Bergen
123 North Union Ave., Suite 202
Cranford, NJ 07016-0099


One Call Electrical Service
201 Shevchenko Ave
South Plainfield, NJ 07080


Otis Elevator Company
1 Farm Springs Rd
Farmington, CT 06032


PA State Department of Taxation
P.O. Box 280901
Harrisburg, PA 17128-0901


Party Perfect
1731 Ginesi Drive
Freehold, NJ 07728


Party Rental
7000 Hardley Road
South Plainfield, NJ 07060


Paterson Dental
29 Commerce Way
Totowa, NJ 07512


PC Mall (Inactive)
485 Madison Avenue
New York, NY 10022


PC Mall, Inc.
485 Madison Avenue
New York, NY 10022

PCM- PC Mall
485 Madison Avenue
New York, NY 10022


Phillipsburg Sewer Utility
P.O. Box 46
Phillipsburg, NJ 08865


Physician Sales & Service
c/o Mr. Phillip A. Kahn, Esq.
Fein, Such, Kahn & Shepard, P.C.
7 Century Drive, Suite 201
Parsippany, NJ 07054


Pioneer Mechanical Solutions
28 Robin Hood Way
Wayne, NJ 07470


Pitney Bowes Inc.
P.O. Box 85390
Louisville, KY 40285-5390


Plainfield Community
510 East Fronnt Street
Plainfield, NJ 07060


PMUA-1933-0
127 Roosevelt Avenue
Plainfield, NJ 07060


PMUA-1933-10
127 Roosevelt Avenue
Plainfield, NJ 07060


PNC Bank
202 Park Avenue
Plainfield, NJ 07062


Progress Distributors
95 Dermody Street
Cranford, NJ 07016

Progressive Business Publications
370 Technology Drive
P.O. Box 3019
Malvern, PA 19355


PSE&G Co-Parking Lot
P.O. Box 1444
New Brunswick, NJ 08906


PSS World Medical, Inc.
62046 Collections Center Drive
Chicago, IL 60693-0620


PSS World Medical, Inc.
62046 Collections Center Drive
Chicago, IL 60693-0620


PSS World Medical, Inc.
62046 Collections Center Drive
Chicago, IL 60693-0620


Quench USA, LLC
P.O. Box 13604
Philadelphia, PA 19101-3604


Queue Associates
42 Broadway
Suite 1814
New York, NY 10004


Rapps Pharmacy
611 Park Avenue
Plainfield, NJ 07060


Ronco Technical Service
1132 Park Avenue
Plainfield, NJ 07060


Roto-Rooter
P.O. Box 22
Woodbridge, NJ 07095


Ruhof Corporation
393 Sagamore Avenue
Mineola, NY 11501-1919

S.E.I.U. National Pension Fund
11 Dupont Circle, NW
Suite 900
Attn: Kenneth Anderson
Washington, DC 20036-1202


Safeguard Business System
P.O. Box 1749
Fort Washington, PA 19034


Sage Software
4627 Collections Center Drive
Chicago, IL 60693-0046


Sebika Basu
1421 Masoma Rd
North Brunswick, NJ 08902


SEIU National Pension Fund
c/o Ms. Lauren McDermott, Esq.
Mooney, Green, Saindon, Murphy & Welch
1920 L. Street, N.W., Suite 400
Washington, DC 20036


Seton Name Plate Company
P.O. Box 18485
Newark, NJ 07191


Shain, Schaffer & Rafanello
150 Morristown Road
Plaza 202, Suite 105
Bernardsville, NJ 07924


Shain, Schaffer & Rafanello, P.C.
Ms. Marguerite M. Schaffer, Esq.
150 Morristown Road
Plaza 202, Suite 105
Bernardsville, NJ 07924


Sharon Ferraro
P.O. Box 221
South Plainfield, NJ 07080-5093


Sign-A-Rama
934 Route 22 West
Plainfield, NJ 07060

Spain Inn
1707 West 7th Street & Rock Avenue
Piscataway, NJ 08854


Sports Authority
c/o Comenity Bank
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125


SS&S Property
P.O. Box 354
Allamuchy, NJ 07820


State of New Jersey Department of Labor
Division of Employer Accounts
PO Box 059
Trenton, NJ 08625-0059


State of New Jersey-CBT
Division of Taxation
Revenue Processing Center
Trenton, NJ 08646-0193


State of NJ-Division of Employeyer Accts
Joseph Giorgianni
P.O. Box 059
Trenton, NJ 08625-3341


Stericycle, Inc.
150 Broadway
Garden City, NY 11040


Storage Systems USA
400 Heckman Street
Phillipsburg, NJ 08865


Stratix Systems, Inc.
400 W. Lancaster Avenue
Reading, PA 19607


Stratus Building Solutions
Attn: Theresa Hosseiny
160 Pehle Avenue, Suite 304
Saddle Brook, NJ 07663

Super Business Book
848 N. Rainbow Blvd.
Las Vegas, NV 89107


Synergy Billing Solutions
1540 Cornerstone Blvd., Ste #230
Daytona Beach, FL 32117


The Chusid Law Firm, LLC
Attn: Richard Chusid
2444 Morris Avenue, Ste 214
Union, NJ 07083


The Hartford Insurance
P.O. Box 2907
Hartford, CT 06104-2907


The Helping Hands
Attn: Ms. Bernice Jones
624 NYE Avenue
Irvington, NJ 07111


The Metro Group
P.O. Box 1070
Long Island City, NY 11101


The Portasoft Company
2285 South Avenue
Scotch Plains, NJ 07076


Theracom
P.O. Box 640105
Cincinnati, OH 45264


Toby Russell
905 Trinity Street
South Plainfield, NJ 07080


Treasurer State of New Jersey
P.O. Box 002
Trenton, NJ 08625-0002


Treasurer State of New Jersey
P.O. Box 002
Trenton, NJ 08625-0002

Treasurer State of New Jersey (DEP)
P.O. Box 417
Trenton, NJ 08625


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Healthcare Medicare
P.O. Box 740800
Atlanta, GA 30374


United Healthcare Service
P.O. Box 7550
Phoenix, AZ 85011


US Department of Treasury
P.O. Box 979111
Saint Louis, MO 63197-9000


USA Mobility
P.O. Box 4062
Woburn, MA 01888-4062


USPS
123 E. Milton Avenue
Rahway, NJ 07065


USWU Local 74 Welfare Fubd
c/o Mr. Zachary Harkin, Esq.
O'Dwyer & Berstein, LLP
52 Duane Street
New York, NY 10007


Verizon
PO Box 64809
Baltimore, MD 21264-4809


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 4833
Trenton, NJ 08650-4833

Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 4830
Trenton, NJ 08650-4830


Verizon Wireless
PO Box 489
Newark, NJ 07101-0489


Vilu Construction, Inc.
600 Fulton STreet
Elizabeth, NJ 07206


Virtua Health
P.O. Box 8500-7542
Philadelphia, PA 19178-7542


Vista Staffing Solutions
275 East 200 South
Salt Lake City, UT 84111-2002


Vizzoni & Costello LLC
1256 Route 202/206 North
Bridgewater, NJ 08807


Vmware
3401 Hillview Avenue
Palo Alto, CA 94304


Voxplus, LLC
36 Magnolia Rd
Somerset, NJ 08873


VP II, LLC
56 Route 173 West
Suite B-3
Hampton, NJ 08827


Wadie Toma, M.D.
904 Oak Tree Road, Suite R
South Plainfield, NJ 07080

Walmart
702 SW 8th Street
Bentonville, AR 72716-6811


Western Pest Service
905 Route 10
Randolph, NJ 07869


William J. Landre, M.D.
39 Runnymeade Rd.
Berkeley Heights, NJ 07922


William Timmann
433 South Main Street
Phillipsburg, NJ 08865


Windstream/Paetec/Covis
P.O. Box 23041
Newark, NJ 07189


Withum Smith & Brown, PC
5 Vaughn Drive
Princeton, NJ 08540


Withum, Smith & Brown
Mr. Joseph Perez
One Spring Street
New Brunswick, NJ 08901


Women's Care Physicians
225 Williamson Street
Elizabeth, NJ 07207


Yellow Pages, Inc.
P.O. Box 60006
Anaheim, CA 92812

# United States Bankruptcy Court
### District of New Jersey

In re  __Neighborhood Health Services Corporation__

Debtor(s)

Case No. _____

Chapter    __11__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Neighborhood Health Services Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__January  7, 2015__

Date

/s/ Donald F. Campbell, Jr.

__Donald F. Campbell, Jr.__

Signature of Attorney or Litigant

Counsel for __Neighborhood Health Services Corporation__

**Giordano Halleran & Ciesla, PC**
**125 Half Mile Road, Suite 300**
**Red Bank, NJ 07701**
**(732) 741-3900 Fax:(732) 224-6599**
**dcampbell@ghclaw.com**

As Chairman, I further certify that the foregoing Resolution has not been repealed, annulled, altered or amended in any respect but remains in full force and effect, and that there is nothing in the Articles of Incorporation or Bylaws of said Corporation with which anything contained in said Resolution is in conflict.

**IN WITNESS THEREOF**, I have hereunto set my hand as Chairman and affixed the seal of this Corporation as of this _19_ day of December, 2014.

NEIGHBORHOOD HEALTH SERVICES CORPORATION

By: _____

Siddeeq El-Amin
Chairman, Board of Directors
Neighborhood Health Services Corporation

WITNESS
By: _____

Sobande F. Afolabi, Esq.
Attorney At Law
State of New Jersey

**Neighborhood Health Services Corporation**

# CORPORATE RESOLUTION OF
# NEIGHBORHOOD HEALTH SERVICES CORPORATION
# TO AUTHORIZE THE FILING OF CHAPTER 11 BANKRUPTCY

The undersigned, being the duly elected Chairman of Neighborhood Health Services Corporation (hereinafter referred to as "Corporation"), does hereby certify that the following Resolution was duly adopted by unanimous consent of the Board of Directors of the Corporation during a Special Meeting called to order on December 19, 2014.

**WHEREAS,** the Board of Directors met pursuant to the bylaws of the Corporation, and notice of such Special Meeting has been waived; and

**WHEREAS,** the Board of Directors of Corporation has determined that said Corporation is unable to meet its obligations as they become due in the usual course of business and can no longer continue in business profitably; and

**WHEREAS,** the Board of Directors has been advised by the President and Chief Executive Officer that various creditors have threatened to execute on judgments, liens and/or levies, or to prosecute their claims against said Corporation; and

**WHEREAS,** the Board of Directors having received and reviewed reports concerning the financial condition of the Corporation; and

**WHEREAS,** it was stated that following discussion with counsel it is in the best interest of Corporation to file a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code; and

**WHEREAS,** it appearing in the business judgment of the Board of Directors that the Corporation should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Court

**NOW, THEREFORE,** be it

**RESOLVED,** that the Corporation initiate a case under the Bankruptcy Code, Chapter 11; and it is further

**RESOLVED,** that the Chairman of the Board of Directors and the President and Chief Executive Officer are authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and all other instruments necessary, or in the sole discretion of the Chairman of the Board of Directors and/or the President and Chief Executive Officer as appropriate to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

**RESOLVED,** that the President and Chief Executive Officer is authorized to employ and retain the law firm of Giordano, Halleran & Ciesla, P.C., Attorney at Law, to represent Corporation in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the President and Chief Executive Officer to be appropriate.