Anne Marie P. Kelley (AK0354)
Kevin Huang (KH0941)
*Dilworth Paxson LLP*
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855

*Counsel for PNC Bank, National Association*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | Chapter 11 |
| NEIGHBORHOOD HEALTH SERVICES CORPORATION | Case No. 15-10277-VFP<br>Honorable Vincent F. Papalia |
| Debtors. | |

457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855
akelley@dilworthlaw.com

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, PNC Bank is not waiving and hereby expressly preserves its right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

                                                               Respectfully submitted,

Dated: January 9, 2015              By: /s/ Kevin Huang
                                                   Kevin Huang (KH0941)
                                                   *Dilworth Paxson LLP*
                                                   LibertyView – Suite 700
                                                   457 Haddonfield Road
                                                   Cherry Hill, New Jersey 08002
                                                   Telephone: (856) 675-1900
                                                   Facsimile: (856) 663-8855

                                         *Counsel for PNC Bank, National Association*