Donald F. Campbell, Jr., Esq. (DC8924)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
(732) 741-3900

Proposed Attorneys for Debtor, Neighborhood
Health Services Corp.

|  |  |
|---|---|
| In re<br><br>NEIGHBORHOOD HEALTH SERVICES CORPORATION,<br><br>               Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY, NEWARK VICINAGE**<br><br>Chapter 11<br><br>Case No. 15-10277 (VFP)<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |

**SUPPLEMENTAL CERTIFICATION OF RUDINE SMITH, PRESIDENT AND CHIEF EXECUTIVE OFFICER OF NEIGHBORHOOD HEALTH SERVICES CORPORATION, DEBTOR, IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363 AND 507(a)(3) AUTHORIZING, BUT NOT DIRECTING, PAYMENT OF PREPETITION WAGES, SALARIES, TAXES AND OTHER COMPENSATION**

I, Rudine Smith, of full age, do hereby certify as follows:

1. I am the President and Chief Executive Officer of Neighborhood Health Services Corporation ("NHSC"), Chapter 11 Debtor and Debtor-in-Possession in the above-referenced matter. I make this supplemental certification in support of NHSC's application for entry of an order, pursuant to 11 U.S.C. §§105(a), 363 and 507(a)(3), authorizing, but not directing, payment of prepetition wages, salaries, taxes and other compensation.

2. Prior to filing Chapter 11, NHSC issued payroll checks in its normal schedule for services rendered to its employees. On January 12, 2015, NHSC's bank, PNC Bank, recently advised NHSC that it is not honoring the outstanding payroll checks.

3. The amount of outstanding issued payroll checks is $22,453.15.

4. This amount represents pre-petition wages, union dues, and other court ordered employee garnishments.

5. This amount was not included in NHSC's initial application for entry of an order, pursuant to 11 U.S.C. §§105(a), 363 and 507(a)(3), authorizing, but not directing, payment of prepetition wages, salaries, taxes and other compensation.

6. The Debtor respectfully requests an increase of the amount of Pre-Petition Employee Obligations sought to be approved in the amount of $22,453.15, reflecting a five percent (5%) increase, from the initial request of $427,000 to approximately $450,000 in Pre-Petition Employee Obligations.

7. Based on the foregoing and NHSC's initial application, NHSC respectfully requests the entry of the order submitted herewith, (a) authorizing the payment of the Pre-Petition Employee Obligations and (b) granting such other and further relief as is just and proper.

I hereby certify that the statements made by me are true and correct to the best of my knowledge information and belief. I am aware that if any statements are willfully false, I am subject to punishment.

NEIGHBORHOOD HEALTH SERVICES
CORPORATION

DATED: January 13, 2015        By:    /s/ Rudine Smith
                                      RUDINE SMITH

Docs #1787781-v1

2