Anne Marie P. Kelley (AK0354)
Kevin Huang (KH0941)
*Dilworth Paxson LLP*
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855

*Counsel for TD Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>NEIGHBORHOOD HEALTH SERVICES CORPORATION<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10277-VFP<br>Honorable Vincent F. Papalia |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND
PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9010(B)**

PLEASE TAKE NOTICE that Anne Marie P. Kelley and Kevin Huang of Dilworth Paxson LLP hereby enters their appearance on behalf of TD Bank, N.A. ("TD Bank"), a creditor and party-in-interest in the above-captioned bankruptcy case pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and request that they be added to the service list in this matter so that they receive copies of all notices and pleadings filed herein or in any related proceedings including notices pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a).

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy and/or any other means. All such notices and pleadings should be sent to:

118016888_1

Anne Marie P. Kelley
Kevin Huang
*Dilworth Paxson LLP*
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855
akelley@dilworthlaw.com

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, TD Bank is not waiving and hereby expressly preserves its right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

Respectfully submitted,

Dated: January 14, 2015

By: /s/ Kevin Huang
Kevin Huang (KH0941)
*Dilworth Paxson LLP*
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855

*Counsel for TD Bank, N.A.*