Donald F. Campbell, Jr., Esq. (DC8924)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
(732) 741-3900

Proposed Attorneys for Debtor, Neighborhood Health Services Corp.

FILED
JAMES J. WALDRON, CLERK

JAN 1 4 2015

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

|  |  |
|---|---|
| In re<br><br>NEIGHBORHOOD HEALTH SERVICES CORPORATION,<br><br>　　　　　Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY,<br>NEWARK VICINAGE<br><br>Chapter 11<br><br>Case No. 15-10277 (VFP)<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |

### ORDER REGARDING EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

January 14, 2015

_/s/ Vincent F. Papalia_
Vincent F. Papalia, U.S.B.J.

(Page 2)

Debtor:   Neighborhood Health Services Corporation

Case No.:   15-10277 (VFP)

Caption of Order:   Order Regarding Extension of Time to File Schedules

---

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

[X] Granted.  The deadline to file schedules is extended to _____2/9/2015_____.

[ ] Denied.