Anne Marie P. Kelley (AK0354)
Kevin Huang (KH0941)
*Dilworth Paxson LLP*
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855

*Counsel for PNC Bank, National Association and TD Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>NEIGHBORHOOD HEALTH SERVICES CORPORATION<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10277-VFP<br>Honorable Vincent F. Papalia |

**STATEMENT OF DILWORTH PAXSON LLP AS TO REPRESENTATION OF MULTIPLE PARTIES IN INTEREST PURSUANT TO BANKRUPTCY RULE 2019**

In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, Dilworth Paxson LLP (**"Dilworth"**) submits the following statement (**the "Statement"**) as to its representation of multiple parties in interest in the bankruptcy case of Neighborhood Health Services Corporation (**the "Debtor"**):

1. Dilworth represents PNC Bank, National Association (**"PNC"**) in the Debtor's bankruptcy case.

2. PNC holds a secured claim against the Debtor by virtue of, among other things, a loan made to the Debtor in 1996 which is secured by the Debtor's real and personal property. Also, the Debtor maintains various bank accounts at PNC, including its operating and payroll accounts and PNC holds certain claims against the Debtor for customary administrative fees as a result of such accounts.

3. PNC's mailing address is: Two Tower Center Boulevard, East Brunswick, New

Jersey 08816.

4. Dilworth also represents TD Bank, N.A. (**"TD"**) in the Debtor's bankruptcy case.

5. The Debtor maintains various bank accounts at TD and TD holds certain claims against the Debtor for customary administrative fees as a result of such accounts.

6. TD's mailing address is: 1701 Route 70 East, Cherry Hill, New Jersey 08034.

7. Dilworth reserves the right to supplement and/or amend this Statement to the extent it may be necessary.

Respectfully submitted,

Dated: January 15, 2015

By: /s/ Anne Marie P. Kelley
Anne Marie P. Kelley (AK0354)
Kevin Huang (KH0941)
*Dilworth Paxson LLP*
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1900
Facsimile: (856) 663-8855

*Counsel for PNC Bank, National Association and TD Bank, N.A.*

I, Anne Marie P. Kelley hereby certify under penalty of perjury that, to the best of my information, knowledge and belief, the foregoing statements are true and accurate.

/s/ Anne Marie P. Kelley