Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
(732) 741-3900

Proposed Attorneys for Debtor, Neighborhood
Health Services Corporation

In re

NEIGHBORHOOD HEALTH SERVICES
CORPORATION,

                              Debtor.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY,
NEWARK VICINAGE**

Chapter 11

Case No.   15-10277 (VFP)

Judge: Hon. Vincent F. Papalia, U.S.B.J.

## CERTIFICATION OF CONSENT REGARDING INTERIM CONSENT ORDER AUTHORIZING USE OF CASH COLLATERAL

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

 (e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P 9011 (sign certification with a /s/_____ ).

GIORDANO, HALLERAN & CIESLA, PC
Proposed Attorneys for Neighborhood
Health Services Corporation

/s/      *Donald F. Campbell* _____
DONALD F. CAMPBELL

Dated: January 15, 2015

Docs #1790454-v1