# EXHIBIT C

**Weinstock Friedman & Friedman, P.A.**                    4 Reservoir Circle, 2nd Floor Baltimore, MD 21208

410 559-9000

Invoice submitted to:
PNC MANAGED ASSETS
Melissa Johnson
1600 Market Street, 11th Floor
Philadelphia, PA 19103
12215461

November 02, 2016

In Reference To:Wyoming Valley Sports Training LLC dba Frozen Ropes Patrick J.
Wills

Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/27/2012 | SW | Admin. Charge for Opening File | $100.00/hr | 1.25 | 125.00 |
| | KH | Admin. Charge for Monthly Billing & Reporting | $100.00/hr | 0.25 | 25.00 |
| 4/30/2012 | WT | review engagement materials and loan documents; attention to outside counsel referral engagement letter, cover letter and enclosures; data entry; diary update | $185.00/hr | 0.20 | 37.00 |
| | GS | Preparing and converting electronic transmission of engagement packet, process documents, manage electronic filing, data entry and confirm receipt by outside counsel | $100.00/hr | 0.30 | 30.00 |
| | GS | email from outside counsel; data entry; electronic file management; diary update | $100.00/hr | 0.10 | 10.00 |
| | GS | email - outside counsel; data entry; electronic file management; diary update | $100.00/hr | 0.10 | 10.00 |
| | GS | email from client; data entry; electronic file management; diary update | $100.00/hr | 0.10 | 10.00 |
| | GS | email to client; data entry; electronic file management; diary update | $100.00/hr | 0.10 | 10.00 |
| 5/3/2012 | GS | email from client; data entry; electronic file management; diary update | $100.00/hr | 0.10 | 10.00 |
| 6/26/2012 | JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.10 | 18.50 |

PNC MANAGED ASSETS

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 7/12/2012 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.10 | 18.50 |
| 7/23/2012 WT | 90 day status spreadsheet report review; diary update; data entry | $185.00/hr | 0.10 | 18.50 |
| 8/10/2012 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.10 | 18.50 |
| 9/17/2012 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 10/23/2012 WT | 90 day status spreadsheet report review; diary update; data entry | $185.00/hr | 0.10 | 18.50 |
| 11/12/2012 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.10 | 18.50 |
| 12/17/2012 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 1/11/2013 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 1/23/2013 WT | 90 day status spreadsheet report review; diary update; data entry | $185.00/hr | 0.10 | 18.50 |
| 2/14/2013 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 3/29/2013 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 4/16/2013 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 5/8/2013 JL | Review, analyze and process billing statement from referral counsel; data entry | $185.00/hr | 0.05 | 9.25 |
| 5/17/2013 SK | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00/hr | 0.10 | 18.50 |
| **For professional services rendered** | | | **3.65** | **$479.75** |

**Weinstock Friedman & Friedman, P.A.**                    4 Reservoir Circle, 2nd Floor Baltimore, MD 21208

410 559-9000

Invoice submitted to:
PNC MANAGED ASSETS
Brian Austin
1600 Market Str., 11th Floor
Philadelphia, PA 19103
13219724

November 02, 2016

In Reference To:The Plainfield Neighborhood Health Services Corporation

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/4/2013 | SW | Admin. Charge for Opening File | $100.00/hr | 1.25 | 125.00 |
|  | KH | Admin. Charge for Monthly Billing & Reporting | $100.00/hr | 0.25 | 25.00 |
| 3/7/2013 | SH | Phone call from client regarding collateral for loan, defaults, covenants. | $185.00/hr | 0.30 | 55.50 |
| 3/12/2013 | SH | Review engagement request, financing agreement. Telephone call with Josh Klonoski regarding the same. | $185.00/hr | 1.00 | 185.00 |
| 3/13/2013 | SH | Emails to/from Josh Klonoski regarding loan documents. Conference with JST regarding the same. | $185.00/hr | 0.30 | 55.50 |
| 3/14/2013 | SH | Review collateral file received from PNC. | $185.00/hr | 0.30 | 55.50 |
| 3/20/2013 | SH | Review loan documents, email to Josh Klonoski regarding wording for approval and items to be extended. | $185.00/hr | 0.30 | 55.50 |
| 4/29/2013 | SH | Emails from/to Josh Klonoski regarding language for approval, financial information to be delivered. | $185.00/hr | 0.20 | 37.00 |
| 5/7/2013 | SH | Email to/from Josh Klonoski re status. | $185.00/hr | 0.10 | 18.50 |
| 5/9/2013 | SH | Email from Josh Klonoski with approval terms, transfer of file. | $185.00/hr | 0.10 | 18.50 |
| 5/20/2013 | SH | Email from/to Brian Austin re status. | $185.00/hr | 0.10 | 18.50 |
| 6/20/2013 | SH | Emails from/to Brian Austin re new approval. Review terms. | $185.00/hr | 0.20 | 37.00 |
| 6/27/2013 | SH | Review existing loan documents, approval memo. | $185.00/hr | 0.20 | 37.00 |
| 7/1/2013 | SH | Review existing loan documents, bond, note, security agreement, guaranties. Research current status of NJ Economic Development Corporation, NJ Urban Development Corporation. Email to Brian Austin regarding the same. | $185.00/hr | 2.20 | 407.00 |

PNC MANAGED ASSETS                                                                                        Page    2

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 7/2/2013 SH | Email from Brian Austin regarding consent letter to be sent. | $185.00/hr | 0.10 | 18.50 |
| 7/11/2013 SH | Draft letter to New Jersey Economic Development Authority regarding modifications to finance agreement. Draft letter to New Jersey Redevelopment Authority regarding the same. Emails to/from Brian Austin regarding the same. | $185.00/hr | 1.40 | 259.00 |
| 7/22/2013 SH | review file; correspondence with PNC regarding status; data entry; diary update | $185.00/hr | 0.10 | 18.50 |
| | **For professional services rendered** | | **8.40** | **$1,426.50** |

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

August  9, 2013

In Reference To      The Plainfield Neighborhood He
Our File No.:         13219724
Invoice No            00001301403

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/02/2013 | SHD | review file; correspondence with PNC regarding status; data entry; diary update | $185.00 | 0.10 | $18.50 |

| | |
|---|---|
| For professional services rendered | $18.50 |
| Total amount of this bill | $18.50 |

**Weinstock Friedman & Friedman, P.A.**                    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103


August 16, 2013

In Reference To     The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001305041


*Professional Services*

|            |     |                                                                                                   | Rate     | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------|----------|-------|----------|
| 8/12/2013  | SHD | Review file status and diary forward; data entry                                                  | $185.00  | 0.10  | $18.50   |
| 8/13/2013  | SHD | Email from Brian Austin re status of communication with NJEDA, bond counsel needed; data entry; electronic file management; diary update | $185.00  | 0.10  | $18.50   |

For professional services rendered                                                                                            $37.00

Total amount of this bill                                                                                                      $37.00

**Weinstock Friedman & Friedman. P.A.**                    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

August 23, 2013

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001306232

*Professional Services*

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/16/2013 | SHD | review file; conference with JST regarding modifications to bond; correspondence with PNC regarding status; emails from and to Cyd Wolf requesting assistance with bond counsel; data entry; diary update | $185.00 | 0.40 | $74.00 |
| 8/19/2013 | SHD | Email from client regarding status; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

For professional services rendered                                                             $92.50

Total amount of this bill                                                                      $92.50

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Naticanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

August 30, 2013

In Reference To     The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No          00001308650

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/29/2013 | SHD | review file; email to Cyd Wolf re status; data entry; diary update | $185.00 | 0.10 | $18.50 |

For professional services rendered

$18.50

Total amount of this bill

$18.50

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

September 27, 201

| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001313083 |

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/23/2013 | GDS | Preparing and converting electronic transmission of engagement packet, process documents, manage electronic filing, data entry and confirm receipt by outside counsel | $100.00 | 0.30 | $30.00 |
| 9/23/2013 | SHD | Prepare transfer memo, review file. Email to JST regarding the same. | $185.00 | 0.30 | $55.50 |
| 9/25/2013 | GDS | Email from outside counsel; data entry; electronic file management; diary update | $100.00 | 0.10 | $10.00 |

For professional services rendered

$95.50

Total amount of this bill

$95.50

**Weinstock Friedman & Friedman, P.A.**     4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

October  4, 2013

In Reference To     The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No           00001314429

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2013 | GDS | Email from opposing counsel; data entry; electronic file management; diary update | $100.00 | 0.10 | $10.00 |
| 10/01/2013 | GDS | Email - outside counsel; data entry; electronic file management; diary update | $100.00 | 0.10 | $10.00 |
| 10/01/2013 | GDS | Email from outside counsel; data entry; electronic file management; diary update | $100.00 | 0.10 | $10.00 |

For professional services rendered                                          $30.00

Total amount of this bill                                                        $30.00

**Weinstock Friedman & Friedman, P.A.**                    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                                                         410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103


November 15, 201:

In Reference To      The Plainfield Neighborhood He
Our File No.:            13219724
Invoice No               00001328137


*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/2013 | JST | supervisory file status and workflow review; diary update; electronic file management | $185.00 | 0.10 | $18.50 |
| 11/13/2013 | JST | supervisory file status and workflow review; diary update; electronic file management | $185.00 | 0.10 | $18.50 |

For professional services rendered                                                                    $37.00


Total amount of this bill                                                                                       $37.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

December  6, 2013

| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001330620 |

### Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/2013 | GDS | Review, analyze and process billing statement from referral counsel; data entry | $100.00 | 0.10 | $10.00 |

For professional services rendered    $10.00

Total amount of this bill    $10.00

**Weinstock Friedman & Friedman, P.A.**
4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

December 27, 201

| | |
|---|---|
| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001334177 |

### *Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/23/2013 | GDS | Review, analyze and process billing statement from referral counsel; data entry | $100.00 | 0.10 | $10.00 |

| | |
|---|---|
| For professional services rendered | $10.00 |

| | |
|---|---|
| Total amount of this bill | $10.00 |

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

March  4, 2014

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001344404

*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/27/2014 | JST | supervisory file status and workflow review; diary update; electronic file management | $185.00 | 0.10 | $18.50 |

| | | |
|---|---|---|
| For professional services rendered | | $18.50 |

| | | |
|---|---|---|
| Total amount of this bill | | $18.50 |

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Brian Austin
PNC Bank, Natioanl Association
1600 Market Street
brian.austin@pnc.com
Philadelphia, PA 19103

June 19, 2014

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001365776

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/16/2014 | SSF | File Review; diary update; data entry, review quarter report | $185.00 | 0.20 | $37.00 |

For professional services rendered                          $37.00

Total amount of this bill                                          $37.00

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

September  5, 201·

In Reference To    The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No          00001378781

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/29/2014 | SSF | Review file status and diary forward; data entry, status inquiry to client | $185.00 | 0.20 | $37.00 |
| 9/02/2014 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 9/02/2014 | SSF | Email from client; data entry; electronic file management; diary update, email to client | $185.00 | 0.10 | $18.50 |

For professional services rendered

$74.00

Total amount of this bill

$74.00

## Weinstock Friedman & Friedman. P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

December 12, 201·

| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001396989 |

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/201⸗ | SSF | Review file status and diary forward; data entry | $185.00 | 0.10 | $18.50 |
| | | For professional services rendered | | | $18.50 |
| | | Total amount of this bill | | | $18.50 |

**Weinstock Friedman & Friedman, P.A.**                4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA


January 16, 2015

| In Reference To | The Plainfield Neighborhood He |
|---|---|
| Our File No.: | 13219724 |
| Invoice No | 00001403906 |


*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/13/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 1/13/2015 | SSF | Email to- outside counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 1/13/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 1/13/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

For professional services rendered                                              $74.00

Total amount of this bill                                                       $74.00

## Weinstock Friedman & Friedman. P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

January 23, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001404896

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | $185.00 | 0.10 | $18.50 |
| 1/16/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | | | |

For professional services rendered                                   $18.50

Total amount of this bill                                            $18.50

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

February  6, 2015

In Reference To      The Plainfield Neighborhood He
Our File No.:         13219724
Invoice No            00001406702

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/05/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 2/05/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 2/05/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                        $55.50

Total amount of this bill                                                        $55.50

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

February 27, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No            00001411568

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | $185.00 | | |
| 2/21/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                             $18.50

Total amount of this bill                                                             $18.50

**Weinstock Friedman & Friedman, P.A.**          4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                                              410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

March  6, 2015

In Reference To      The Plainfield Neighborhood He
Our File No.:         13219724
Invoice No           00001413782

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/27/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 2/28/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

For professional services rendered                                              $37.00

Total amount of this bill                                                         $37.00

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

March 20, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001416758

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

$18.50

Total amount of this bill

$18.50

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA


March 27, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001418593


*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/24/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 3/24/2015 | SSF | Email from- outside counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 3/24/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| 3/26/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                  $74.00

Total amount of this bill                                           $74.00

**Weinstock Friedman & Friedman, P.A.**                4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
                                                                                   410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

April 3, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001419430

**Professional Services**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/28/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

Total amount of this bill

$18.50

**Weinstock Friedman & Friedman, P.A.**   4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

April 17, 2015

In Reference To     The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No          00001421032

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/14/2015 | WHT | Review, analyze and process large billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| ~~4/15/2015~~ | | | ~~$185.00~~ | | |
| ~~4/15/2015~~ | | | ~~$185.00~~ | | |
| 4/15/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 4/15/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 4/15/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 4/15/2015 | SSF | Email to- opposing counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 4/15/2015 | SSF | Email to- opposing counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

Weinstock, Friedman & Friedman, P.A.

For professional services rendered



Total amount of this bill



$111.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

April 24, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001422878

**Professional Services**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/20/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| 4/21/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 4/22/2015 | SSF | File Review; diary update; data entry, review quarter report | $185.00 | 0.20 | $37.00 |

For professional services rendered                                          $74.00

Total amount of this bill                                                   $74.00

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

May  4, 2015

In Reference To     The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001424624

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/24/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 4/24/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 4/27/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 4/27/2015 | SSF | review quarterly status report from outside counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 4/27/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 4/27/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                                          $111.00

Total amount of this bill                                                                   $111.00

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

May  8, 2015

In Reference To      The Plainfield Neighborhood He
Our File No.:         13219724
Invoice No            00001425517

**Professional Services**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| ~~5/04/2015~~ | ~~DDB~~ | | | | |
| 5/07/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered



Total amount of this bill



$18.50

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

May 22, 2015

In Reference To   The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001427091

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/18/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 5/18/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 5/18/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| 5/19/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 5/19/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 5/20/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 5/20/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 5/20/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

Weinstock, Friedman & Friedman, P.A.

For professional services rendered                                    $148.00

Total amount of this bill                                             $148.00

**Weinstock Friedman & Friedman. P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

June 4, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001429176

**Professional Services**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | ~~Local Counsel Fees~~ | | | |
| 6/04/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

Total amount of this bill

*18.50*

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

June 19, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001430581

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/12/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered

$18.50

Total amount of this bill

$18.50

**Weinstock Friedman & Friedman, P.A.**              4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                                                410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA


July 17, 2015

In Reference To      The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No           00001434223


*Professional Services*

|  | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/14/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered                                                    $18.50

Total amount of this bill                                                              $18.50

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

July 24, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:    13219724
Invoice No    00001435010

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/22/2015 | SSF | File Review; diary update; data entry, review of quarter report, status inquiry to outside counsel | $185.00 | 0.20 | $37.00 |
| 7/22/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 7/23/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 7/23/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 7/23/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                    $111.00

Total amount of this bill                                             $111.00

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

July 31, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001436063

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/24/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 7/28/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

$37.00

Total amount of this bill

$37.00

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

August 7, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001436779

**Professional Services**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/31/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

Total amount of this bill



$18.50

**Weinstock Friedman & Friedman, P.A.**
4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

August 14, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001437575

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/11/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 8/11/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                      $37.00

Total amount of this bill                                                      $37.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

August 21, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001438142

*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/19/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                        $18.50

Total amount of this bill                                                 $18.50

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

August 31, 2015

| | |
|---|---|
| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001438724 |

**Professional Services**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/24/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| 8/26/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 8/26/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 8/26/2015 | SSF | Email to client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 8/26/2015 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 8/27/2015 | SSF | Email from- opposing counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

| | |
|---|---|
| For professional services rendered | $111.00 |
| Total amount of this bill | $111.00 |

**Weinstock Friedman & Friedman, P.A.**                    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                           410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA


September 14, 201

| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001440266 |


*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
|  |  |  | $185.00 | 0.10 | $18.50 |
| 9/10/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | | | |

For professional services rendered                                    $18.50

Total amount of this bill                                             $18.50

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

September 18, 201

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001440799

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/15/2015 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 9/17/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered                                             $37.00

Total amount of this bill                                                      $37.00

# Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

October 16, 2015

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001445231

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/11/2015 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered $18.50

Total amount of this bill $18.50

**Weinstock Friedman & Friedman, P.A.**          4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

November 2, 2015

| In Reference To | The Plainfield Neighborhood He |
|---|---|
| Our File No.: | 13219724 |
| Invoice No | 00001446451 |

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2015 | SSF | File Review; diary update; data entry, review quarter report, collection update | $185.00 | 0.20 | $37.00 |

For professional services rendered                                      $37.00

Total amount of this bill                                               $37.00

**Weinstock Friedman & Friedman. P.A.**                    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                                          410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA


January 15, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001454493


*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/12/2016 | WHT | Email - outside counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

For professional services rendered                                      $18.50

Total amount of this bill                                               $18.50

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

January 22, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001455053

*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
|  |  |  | $100.00 | 0.10 | $10.00 |
| 1/19/2016 | GDS | Review status update from local counsel; data entry; manage electronic file copy; update diary |  |  |  |

For professional services rendered                    $10.00

Total amount of this bill                             $10.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

January 29, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:    13219724
Invoice No    00001455718

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/27/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 1/27/2016 | SSF | File Review; diary update; data entry, review quarter report, review objection to modifying cash collateral payments to PNC | $185.00 | 0.25 | $46.25 |
| 1/27/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered    $83.25

Total amount of this bill    $83.25

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

February  5, 2016

In Reference To     The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001456366

**Professional Services**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/01/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 2/01/2016 | WHT | Email - outside counsel; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |
| 2/04/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

Total amount of this bill

♣ 55.50

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

February 12, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001457138

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/09/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 2/11/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 2/11/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                                $55.50

Total amount of this bill                                                          $55.50

**Weinstock Friedman & Friedman, P.A.**
4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

February 19, 2016

| | |
|---|---|
| In Reference To | The Plainfield Neighborhood He |
| Our File No.: | 13219724 |
| Invoice No | 00001457774 |

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/18/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

| | |
|---|---|
| For professional services rendered | $18.50 |
| Total amount of this bill | $18.50 |

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

February 26, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001458419

*Professional Services*

|            |     |                                                                              | Rate     | Hours | Amount  |
|------------|-----|------------------------------------------------------------------------------|----------|-------|---------|
| 2/22/2016  | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00  | 0.10  | $18.50  |
| 2/24/2016  | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00  | 0.10  | $18.50  |

For professional services rendered                                                                        $37.00

Total amount of this bill                                                                                 $37.00

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

March  4, 2016

In Reference To   The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No           00001459652

**Professional Services**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/01/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered

Total amount of this bill

# $18.50

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

March 11, 2016

In Reference To   The Plainfield Neighborhood He
Our File No.:     13219724
Invoice No        00001460233

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/10/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered | $18.50

Total amount of this bill | $18.50

**Weinstock Friedman & Friedman, P.A.**     4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

March 18, 2016

In Reference To     The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001460759

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/11/2016 | GDS | Email from- outside counsel; data entry; electronic file management; diary update | $100.00 | 0.10 | $10.00 |
| 3/11/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 3/15/2016 | SSF | Email from client; data entry; electronic file management; diary update | $185.00 | 0.10 | $18.50 |

For professional services rendered                                        $47.00

Total amount of this bill                                                 $47.00

**Weinstock Friedman & Friedman, P.A.**     4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

April 11, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001463017

*Professional Services*

|            |       |                                                                                        | Rate     | Hours | Amount   |
|------------|-------|----------------------------------------------------------------------------------------|----------|-------|----------|
| 4/05/2016  | SSF   | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00  | 0.10  | $18.50   |
| 4/05/2016  | SSF   | Communicate (other external)                                                           | $185.00  | 0.10  | $18.50   |

For professional services rendered

Total amount of this bill


$37.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

April 15, 2016

In Reference To     The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001463592

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/13/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered | $18.50

Total amount of this bill | $18.50

**Weinstock Friedman & Friedman, P.A.**                4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

April 29, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001464744

**Professional Services**

|            |      |                                                                                          | Rate     | Hours | Amount  |
|------------|------|------------------------------------------------------------------------------------------|----------|-------|---------|
| 4/25/2016  | SSF  | review quarterly status report from outside counsel; data entry; manage electronic file copy; update diary | $185.00  | 0.20  | $37.00  |

For professional services rendered                                                                           $37.00

Total amount of this bill                                                                                     $37.00

**Weinstock Friedman & Friedman, P.A.**                4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                                                          410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

May  6, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001465318

### Professional Services

|            |     |                                                                                  | Rate      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------|-----------|-------|----------|
| 4/29/2016  | SSF | 90 day status spreadsheet report review; diary update; data entry, review file   | $185.00   | 0.20  | $37.00   |
| 5/03/2016  | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00   | 0.10  | $18.50   |
| 5/04/2016  | SSF | Communicate (other external)                                                     | $185.00   | 0.10  | $18.50   |

For professional services rendered

Total amount of this bill



$74.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

May 13, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:      13219724
Invoice No         00001466388

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/11/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 5/11/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 5/12/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 5/12/2016 | SSF | Communicate (other external) | $185.00 | 0.10 | $18.50 |
| 5/12/2016 | SSF | Communicate (other external) | $185.00 | 0.10 | $18.50 |

For professional services rendered    $92.50

Total amount of this bill    $92.50

**Weinstock Friedman & Friedman, P.A.**

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

May 19, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:    13219724
Invoice No    00001466976

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/16/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| 5/18/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                       $37.00

Total amount of this bill                                                    $37.00

**Weinstock Friedman & Friedman, P.A.**    4 Reservoir Circle, 2nd Floor, Baltimore, MD 21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

June 10, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001468794

*Professional Services*

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/06/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 6/06/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                                    $37.00

Total amount of this bill                                                             $37.00

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

June 17, 2016

In Reference To    The Plainfield Neighborhood He
Our File No.:       13219724
Invoice No          00001469269

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/13/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |
| 6/16/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |
| 6/16/2016 | SSF | Review status update from local counsel; data entry; manage electronic file copy; update diary | $185.00 | 0.10 | $18.50 |

For professional services rendered                                    $55.50

Total amount of this bill                                             $55.50

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

July 25, 2016

| In Reference To | The Plainfield Neighborhood He |
| --- | --- |
| Our File No.: | 13219724 |
| Invoice No | 00001472179 |

### Professional Services

| | | | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 7/19/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

| | |
| --- | --- |
| For professional services rendered | $18.50 |

| | |
| --- | --- |
| Total amount of this bill | $18.50 |

## Weinstock Friedman & Friedman, P.A.

4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA

August  5, 2016

In Reference To     The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No          00001473163

### Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/01/2016 | SSF | 90 day status spreadsheet report review; diary update; data entry, file review | $185.00 | 0.20 | $37.00 |

For professional services rendered

Total amount of this bill

# $37.00

**Weinstock Friedman & Friedman, P.A.**                    4 Reservoir Circle, 2nd Floor, Baltimore, MD  21208
                                                                                          410-559-9000

Invoice submitted to:
Gary A. Best
PNC Bank, NA
1600 Market Street
gary.best@pnc.com
Philadelphia, PA


August 12, 2016

In Reference To      The Plainfield Neighborhood He
Our File No.:        13219724
Invoice No           00001473675


*Professional Services*

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/10/2016 | WHT | Review, analyze and process billing statement from referral counsel; data entry | $185.00 | 0.10 | $18.50 |

For professional services rendered                                        $18.50

Total amount of this bill                                                        $18.50