| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY,** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GIORDANO, HALLERAN & CIESLA, P.C.**<br>125 Half Mile Road, Suite 300<br>Red Bank, N.J. 07701<br>(732) 741-3900<br>Attorneys for Debtor, Neighborhood Health Services, Corporation | Order Filed on October 23, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re<br><br>NEIGHBORHOOD HEALTH SERVICES, CORPORATION<br><br>                          Debtor. | Chapter 11<br><br>Case No.  **15-10277-VFP**<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J.<br><br>Hearing Date:  October 3, 2017 at 2:00pm |

Recommended Local Form:      ☒ Followed      ☐ Modified

### ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO GIORDANO, HALLERAN & CIESLA, P.C. COUNSEL TO DEBTOR FOR SERVICES RENDERED FOR THE PERIOD FROM DECEMBER 2014 THROUGH JUNE 30, 2017

The relief set forth on the following pages is hereby:

**ORDERED**

**DATED: October 23, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

IN RE  Neighborhood Health Services, Corporation.

Case No. 15-10277-VFP

Caption: ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES.

Page 2 of 2

---

      **THIS MATTER** having been opened to the Court upon the Application of Giordano, Halleran & Ciesla, P.C. counsel to the Debtor (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing compensation and expenses to Applicant, and the Court having read and considered the Applicant's application and the supporting Affidavit, and notice of said Application having been given, to all others requesting electronic notice, and for other and good cause shown:

      **IT IS ORDERED**:

      1.    Giordano, Halleran & Ciesla, P.C., counsel to Debtor, is hereby granted first interim allowance of fifty percent (50%) of the allowed fees on account of legal services rendered to the Debtor in the sum of $290,840.50 together with 100% of the sum of $21,995.68 representing expenses as well as the retainer fee of $16,717.00.

      2.    Any further compensation shall be subject to additional Court approval.

      3.    To the extent the Debtor is rendered administratively insolvent, the Applicant shall be subject to disgorgement.

      4.    A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

Docs #2873987-v1