| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail:   Peter.J.D'Auria@usdoj.gov | Order Filed on October 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Neighborhood Health Services Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10277(VFP)<br><br>Case Management Conference Date:<br>November 14, 2018 at 2:30 p.m.<br><br>Judge: Vincent F. Papalia |

**ORDER SCHEDULNG CASE MANAGEMENT CONFERENCE**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: October 18, 2018**

                                                          **Honorable Vincent F. Papalia**
                                                         **United States Bankruptcy Judge**

**(Page 2)**

Neighborhood Health Services Corp.
Chapter 11 Case No. 15-10277(VFP)
**Order Scheduling Case Management Conference**

---

Upon the Court entering the Order Appointing Chapter 11 Trustee on October 4, 2018 (docket entry 436) whereby the Court directed the appointment of a chapter 11 trustee, and the Acting United States Trustee filing the Notice of Appointment of Trustee on October 10, 2018 (docket entry 439) therein appointing Stephen V. Falanga, Esq. to serve as chapter 11 trustee in this case, and Stephen V. Falanga, Esq, filing the Notice of Acceptance of Appointment as Chapter 11 Trustee on October 16, 2018 (docket entry 441) therein accepting his appointment as chapter 11 trustee in this case, and the Court finding it prudent and necessary to review both the present status of the case as well as next-steps together with the recently appointed chapter 11 trustee, and the Court having found cause for the entry of the within order, and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

1. The Court will conduct a Case Management Conference in this case on November 14, 2018 at 2:30 p.m.